UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LINDA E. DINKINS,

    Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

    Defendant.

_____/

Case No. 23-cv-12997
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the Stipulation of the parties, Plaintiff, Linda E. Dinkins, and Defendant, Credence Resource Management, LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2024

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
